AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JAMES EDWARD PROCTOR,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-cv-00786-RCJ-VPC

SUSAN M. SPARKE, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.


| February 25, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |