# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES PROCTOR, | ) | 3:10-CV-0786-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 2, 2013 |
| | ) | |
| STEVEN D. GRIERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time (#s 29 & 30) are **GRANTED**. The parties shall have to and including **Thursday, June 20, 2013** to file discovery motions and to and including **Monday, July 22, 2013** to file dispositive motions. **No further extensions of time shall be granted.**

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
       Deputy Clerk