## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES PROCTOR, | ) | 3:10-CV-0786-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 2, 2013 |
| | ) | |
| STEVEN D. GRIERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time (#s 29 & 30) are **GRANTED**.  The parties shall have to and including **Thursday, June 20, 2013** to file discovery motions and to and including **Monday, July 22, 2013** to file dispositive motions.  **No further extensions of time shall be granted.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/

Deputy Clerk