# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD PROCTOR, | 3:10-CV-0786-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 17, 2013 |
| SUSAN M. SPARKE, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion to compel discovery (#32). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion to compel discovery (#32) is **GRANTED**. Plaintiff shall respond to defendants' discovery requests on or before **Friday, July 26, 2013**. The parties shall have to and including **Friday, August 9, 2013** to file dispositive motions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk