UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| JAMES EDWARD PROCTOR, | ) | |
|---|---|---|
| | ) | CASE NO.: 3:10-CV-00786-RCJ-VPC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SUSAN M. SPARKE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #37) entered on December 30, 2013, in which the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss (#34) and this action be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #37).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#34) is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice. The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED this 15th day of January, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE